IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| MARGARET DOHERTY-RODRIGUEZ, | : | CHAPTER 13 |
| a/k/a MARGARET DOHERTY, | : | |
| a/k/a MARGARET RODRIGUEZ, | : | CASE NO. 5:18-bk-03382 |
| DEBTOR | : | |

**CHAPTER 13 DEBTOR'S PRE-CONFIRMATION CERTIFICATION OF
COMPLIANCE WITH POST PETITION DOMESTIC SUPPORT OBLIGATIONS**

I, <u>MARGARET DOHERTY-RODRIGUEZ</u>, upon oath or affirmation, hereby certify as follows:

1. That the below information is being supplied for compliance with the confirmation hearing date on November 6, 2018.

2. That all post-petition amounts required to be paid under any and all Domestic Support Obligations have been paid as required by 11 U.S.C. § 1325(a)(8).

3. That all applicable Federal, State, and local tax returns, as required by 11 U.S.C. § 1308 have been filed.

4. If this Certification is being signed by counsel for Debtor, that the Debtor was duly questioned about the statements in this Certification and supplied answers consistent with this Certification.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

DATED: _____     By:   /s/ Vincent Rubino
                                Counsel for Debtor


DATED: _____     By:   /s/ Margaret Doherty-Rodriguez
                                MARGARET DOHERTY-RODRIGUEZ,
                                Debtor