```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03382-JJT
Margaret Doherty-Rodriguez                                          Chapter 13
        Debtor                        **CERTIFICATE OF NOTICE**

District/off: 0314-5            User: JGoodling            Page 1 of 1            Date Rcvd: Nov 13, 2018
                                Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2018.
db              Margaret Doherty-Rodriguez,    138 Lewis Blvd.,    Bushkill, PA  18324-8193

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              J. Zac Christman    on behalf of Debtor 1 Margaret  Doherty-Rodriguez
               jchristman@newmanwilliams.com, mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com
              James Warmbrodt    on behalf of Creditor    Morgan Stanley Mortgage Capital Holdings LLC
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Margaret  Doherty-Rodriguez
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com
                                                                                             TOTAL: 5

Case 5:18-bk-03382-JJT    Doc 32    Filed 11/15/18    Entered 11/16/18 01:01:32    Desc
                   Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Margaret Doherty-Rodriguez aka Margaret Doherty, aka Margaret Rodriguez<br>　　　　　　　Debtor(s)<br><br>**Morgan Stanley Mortgage Capital Holdings LLC**<br>　　　　　　　Movant<br>　　vs.<br><br>**Margaret Doherty-Rodriguez aka Margaret Doherty, aka Margaret Rodriguez**<br>　　　　　　　Debtor(s)<br><br>**Charles J. DeHart, III Esq.**<br>　　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 18-03382 JJT<br><br><br>11 U.S.C. Section 362 and 1301 |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1325 Pine Ridge, Bushkill, PA 18324 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

Dated:　November 13, 2018　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　John J. Thomas, Bankruptcy Judge PR