UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MARGARET DOHERTY-RODRIGUEZ : CHAPTER 13
     Debtor(s) :
      :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
     vs. :
      :
MARGARET DOHERTY-RODRIGUEZ :
     Respondent(s) : CASE NO. 5-18-bk-03382

## WITHDRAWAL OF TRUSTEE'S OBJECTION TO EXEMPTIONS

AND NOW, this 11th day of March, 2019, comes Charles J. Dehart, III, Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Exemptions filed on or about September 26, 2018 be withdrawn, as all issues have been resolved.

                                     Respectfully submitted:

                                     /s/Charles J. DeHart, III
                                     Standing Chapter 13 Trustee
                                     8125 Adams Drive, Suite A
                                     Hummelstown, PA 17036
                                     (717) 566-6097

## CERTIFICATE OF SERVICE

AND NOW, this 11th day of March, 2019, I hereby certify that I have served the within Motion by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Vincent Rubino, Esquire
712 Monroe Street
P.O. Box 511
Stroudsburg, PA 18360

                                     /s/Deborah A. Behney
                                     Office of Charles J. DeHart, III
                                     Standing Chapter 13 Trustee