```
                           United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03382-RNO
Margaret Doherty-Rodriguez                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5      User: CGambini      Page 1 of 1      Date Rcvd: Jun 19, 2019
                       Form ID: orfeedue    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
cr        +1900 Capital Trust III, BY U.S. BANK TRUST NATIONA,   P.O. Box 10826,
          Greenville, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 19, 2019 at the address(es) listed below:
          Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
          J. Zac Christman   on behalf of Debtor 1 Margaret  Doherty-Rodriguez zac@fisherchristman.com,
           office@fisherchristman.com
          James  Warmbrodt   on behalf of Creditor   Morgan Stanley Mortgage Capital Holdings LLC
           bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
          Vincent  Rubino   on behalf of Debtor 1 Margaret  Doherty-Rodriguez
           lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                                                   TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Margaret Doherty–Rodriguez<br>aka Margaret Doherty, aka Margaret Rodriguez | Chapter 13 |
| | Case number 5:18–bk–03382–RNO |
| | Document Number: 45 |
| **Debtor(s)** | |

### Order Filing Fee Due

A transfer of claim was filed on **June 19, 2019**. As approved by the Judicial Conference of the United States at its September 2012 session and pursuant to Item 20 of the Bankruptcy Court Miscellaneous Fee Schedule (Fee Schedule), a fee in the amount of **$25.00** is due upon the filing of a claim transfer, partial claim transfer, or amended claim transfer.

**IT IS HEREBY ORDERED** that the fee be paid in full on or before **June 26, 2019**.

Dated: June 19, 2019

By the Court,

*[signature]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

orfeedue(05/18)