

**Newman Williams, P.C.**
ATTORNEYS AT LAW

A Professional Corporation

P. O. Box 511
712 Monroe Street
Stroudsburg, PA 18360
570.421.9090

www.newmanwilliams.com

March 3, 2021

Clerk
U.S. Bankruptcy Court
247 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA 18701

                ***RE:***   ***Margaret Doherty-Rodriguez***
                        ***Case No. 5:18-03382***

Dear Clerk:

      We have been informed by our client, Margaret Doherty-Rodriguez that she has a new address, as follows:

                300 Mamaroneck Avenue, Unit 216
                White Plains, NY 10605

      Please correct the docket and mailing matrix accordingly. Thank you.

                                          Very truly yours,

                                          */s/ Vincent Rubino*

                                          Vincent Rubino